(113 So. 492)

## N. W. MAYHALL v. P. C. HYDE.
### (8 Div. 968.)

Supreme Court of Alabama.    June 18, 1927.

Certiorari to Court of Appeals.

J. Foy Guin, of Russellville, for petitioner.
Williams & Chenault, of Russellville, opposed.

BROWN, J.   Petition of P. C. Hyde for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Mayhall v. Hyde, 113 So. 490.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.